·No. 430.   JOHN A. BENSON, APPELLANT, *v.* L. J. DOLAN, SHERIFF, ETC.   Appeal from the Circuit Court of the United States for the Northern District of California.   May 29, 1911.   Dismissed on motion of *Mr. Solicitor General Lehmann* in behalf of counsel for the appellant, the cause having abated by reason of the death of appellant.   *Mr. Joseph C. Campbell* for the appellant.   *The Attorney General* for the appellee.